UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donald Nixon, on behalf of himself and all others similarly situated,

            Plaintiffs,

-against-

Mitchell Simone, LLC

           Defendant.

Case No. **1:20-cv-02249-PAE**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against the Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
           April 17, 2020

Respectfully submitted,

By: _____
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
Phone: (718) 971-9474
Email: Jshalom@JonathanShalomLaw.com
*ATTORNEYS FOR PLAINTIFF*